UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. VASQUEZ, aka JOSE ADRIAN VASQUEZ,<br><br>       Petitioner,<br><br>vs.<br><br>DERRAL ADAMS, (WARDEN),<br><br>       Respondent. | ) Case No. CV 09-6023-JSL(RC)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

    Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

    IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

    DATE:  Dec 1, 2010

                                   */s/ Spencer Letts*
                                 J. SPENCER LETTS
                    SENIOR UNITED STATES DISTRICT JUDGE

R&Rs\09-6023.jud
9/29/10